IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
FEB 22 2016
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| BOBBY DICKERSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:14-CV-729-A |
| | § | |
| CAROLYN W. COLVIN, ACTING | § | |
| COMMISSIONER, SOCIAL SECURITY | § | |
| ADMINISTRATION, | § | |
| | § | |
| Defendant. | § | |

<u>MEMORANDUM OPINION</u>
and
<u>ORDER</u>

Came on for consideration the above-captioned action wherein Bobby Dickerson is plaintiff and the Acting Commissioner of Social Security, currently Carolyn W. Colvin, ("Commissioner") is defendant. This is an action for judicial review of a final decision of the Commissioner denying plaintiff's claim for supplemental security income benefits under the Social Security Act. On January 27, 2016, the United States Magistrate Judge issued his proposed findings and conclusions and his recommendation ("FC&R"), and granted the parties until February 10, 2016, in which to file and serve any written objections thereto. On February 10, 2016, plaintiff filed his objections. On February 22, 2016, the Commissioner filed her response to the objections. After a thorough study of the record, the magistrate

judge's proposed findings and conclusions, and applicable legal authorities, the court has concluded that plaintiff's objections lack merit and that the recommendation of the magistrate judge should be accepted.

Therefore,

The court accepts the recommendation of the magistrate judge and ORDERS that the decision of the Commissioner that, based on the application for supplemental security income filed on November 13, 2012, plaintiff, Bobby Dickerson, is not disabled under section 1614(a)(3)(A) of the Social Security Act, be, and is hereby, affirmed.

SIGNED February 22, 2016.

_____
JOHN McBRYDE
United States District Judge

2